1  ADRIENNE C. PUBLICOVER (SBN 161432)
   adrienne.publicover@wilsonelser.com
2  LAWRENCE J. ROSE (SBN 129511)
   lawrence.rose@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
6
   Attorneys for Defendants
7  CIGNA GROUP INSURANCE and
   LIFE INSURANCE COMPANY
8  OF NORTH AMERICA

9  HANK G. GREENBLATT (SBN 143415)
   hgreenblatt@dbbc.com
10 DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP
   20 Bicentennial Circle
11 Sacramento, CA 95826
   Tel. (916) 379-3500
12 Fax: (916) 379-3599

13 Attorneys for Plaintiff
   JESSE MAHONE
14

15                  UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
17                         OAKLAND DIVISION
18

19

20 JESSE MAHONE,                    )  CASE NO.   C 09-04062 SBA
                                    )
21         Plaintiff,               )
                                    )  STIPULATION FOR DISMISSAL OF
22    v.                            )  ENTIRE ACTION WITH PREJUDICE
                                    )
23 CIGNA GROUP INSURANCE,           )  AND ORDER THEREON
   LIFE INSURANCE COMPANY           )
24 OF NORTH AMERICA,                )  F.R.Civ.Pro. 41(a)(1)(A)(ii)
                                    )
25         Defendants.              )
                                    )

26

27

28
                                        1
                STIPULATION FOR DISMISSAL AND ORDER THEREON
   531489.1

Plaintiff, JESSE MAHONE, and Defendants, CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective counsel, hereby stipulate and agree that the entire matter has been resolved, and that the case should be dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each party to bear its own attorney fees and costs.

DATED: July 27, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By _____
Adrienne C. Publicover
Lawrence J. Rose
Attorneys for Defendants
CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF NORTH AMERICA

DATED: July 27, 2010

DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP

By _____
Hank G. Greenblatt
Attorneys for Plaintiff
JESSE MAHONE

## ORDER

The parties, having reported that their matter is resolved and having stipulated to the dismissal of this action,

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice, each side to bear its own attorneys fees and costs.

DATED: 7/28/10

_____
UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION FOR DISMISSAL AND ORDER THEREON

531489.1